# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139028(18)

DENNIS LALONE and DIANNE LALONE,
Co-Conservators of the Estate of BRANDON
LALONE,

     Plaintiffs-Appellants,

v

RIEDSTRA DAIRY LTD., RT ENGINEERING
LIMITED f/k/a ROTA-TECH DAIRY SHEDS
INTERNATIONAL LIMITED, RT INTERNATIONAL
LIMITED, f/k/a ROTA-TECH DAIRY SHEDS
INTERNATIONAL LIMITED, RT INSTALLATIONS
LIMITED, and DELAVAL, INC.,

     Defendants-Appellees.

SC:   139028
CoA:  290415
St. Joseph CC: 07-914-NH

_____

     On order of the Chief Justice, the motion for temporary admission to practice of Michael Fenwick and John Patton, Jr. is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2009

_____

Clerk